IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAINGEN DUESLER, II,<br><br>   Petitioner,<br><br> v.<br><br>BEN CURRY, Warden,<br><br>   Respondent. | No. C 09-4219 SBA (PR)<br><br>**ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY; AND TERMINATING ALL PENDING MOTIONS** |

  Petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 claiming that his constitutional rights were violated in connection with a decision by the California Board of Parole Hearings (Board) in 2008 denying him parole.

  In an Order dated April 23, 2010, the Court ordered Respondent to show cause why the petition should not be granted.

  On June 24, 2010, Respondent filed a motion to dismiss the petition for failure to exhaust state court remedies. Thereafter, Petitioner filed an opposition to the motion, entitled, "Motion to Strike Motion to Dismiss."[1]

  In his petition, Petitioner specifically claims that the Board's 2008 denial does not comport with due process because it is not supported by some evidence demonstrating that he poses a current unreasonable threat to the public.

  A prisoner subject to California's parole statute receives adequate process when he is allowed an opportunity to be heard and is provided with a statement of the reasons why parole was denied. Swarthout v. Cooke, 131 S. Ct. 859, 862 (2011). The attachments to the petition show Petitioner received at least this amount of process. The Constitution does not require more. Id.

  Whether the Board's decision was supported by some evidence of current dangerousness is irrelevant in federal habeas. The Supreme Court has made clear that "it is no federal

---

[1] The Clerk of the Court has docketed Petitioner's "Motion to Strike Motion to Dismiss," as a pending motion (docket no. 15). However, the Court construes it as his opposition to the motion to dismiss. Therefore, that motion is TERMINATED from this Court's docket.

concern . . . whether California's 'some evidence' rule of judicial review (a procedure beyond what the Constitution demands) was correctly applied." Id. at 863.  Even though Respondent argues that Petitioner's due process claim is unexhausted, it clearly is without merit; therefore, the Court DENIES his due process claim notwithstanding the possibility that it may be unexhausted.

For the foregoing reasons, the petition for a writ of habeas corpus is DENIED.  And pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability (COA) under 28 U.S.C. § 2253(c) is DENIED because it cannot be said that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  Petitioner may seek a certificate of appealability from the Ninth Circuit Court of Appeals.

Respondent's motion to dismiss and Petitioner's "Motion of Continued Intent to Prosecute" are DENIED as moot.

The Clerk of the Court shall enter judgment in favor of Respondent, terminate all pending motions -- including Respondent's motion to dismiss (docket no. 14), Petitioner's "Motion to Strike Motion to Dismiss" (docket no. 15), and his "Motion of Continued Intent to Prosecute" (docket no. 21) -- and close the file.

This Order terminates Docket nos. 14, 15 and 21.

IT IS SO ORDERED.

DATED: 2/28/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.09\Duesler4219.denyHC-Cooke&denyMTDasMOOT.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAINGEN DUESLER II,<br><br>        Plaintiff,<br><br>  v.<br><br>BEN CURRY et al,<br><br>        Defendant.    / | Case Number: CV09-04219 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Laingen Duesler D-43799
P.O. Box 8101
A-1229
San Luis Obispo, CA 93409-8101

Dated: February 28, 2011

                                                    Richard W. Wieking, Clerk
                                                    By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Duesler4219.denyHC-Cooke&denyMTDasMOOT.wpd