G:\PRO-SE\SBA\HC.09\Duesler4219.jud.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LAINGEN DUESLER, II,

    Petitioner,

v.

BEN CURRY, Warden,

    Respondent.

No. C 09-04219 SBA (PR)

**JUDGMENT**

For the reasons stated in the Court's Order Denying Petition for a Writ of Habeas Corpus; Denying Certificate of Appealability; and Terminating All Pending Motions, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

DATED: 2/28/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
   NORTHERN DISTRICT OF CALIFORNIA
3
4  ROBERT LAINGEN DUESLER II,
                                                Case Number: CV09-04219 SBA
5           Plaintiff,
6                                               **CERTIFICATE OF SERVICE**
      v.
7
8  BEN CURRY et al,

9           Defendant.                    /
10

11  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
12  Court, Northern District of California.

13  That on February 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
14  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.
15

16

17

18  Robert Laingen Duesler D-43799
19  P.O. Box 8101
    A-1229
20  San Luis Obispo, CA 93409-8101

21  Dated: February 28, 2011
22                                              Richard W. Wieking, Clerk
                                                By: LISA R CLARK, Deputy Clerk
23
24
25
26
27
28

G:\PRO-SE\SBA\HC.09\Duesler4219.jud.wpd     2